**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | |
|---|---|
| ALEX TIVIAS GREEN, | : |
| Petitioner, | : |
| v. | : Case No. 1:09-CV-142 (WLS) |
| CHRISTOPHER RAILEY, | : |
| Respondent. | : |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff filed June 18, 2010. (Doc. 12). It is recommended that Respondent's Motion to Dismiss Petition for Lack of Exhaustion (Doc. 8) be GRANTED. No objection has been filed to date.

Upon full review and consideration of the record, the Court finds that said Report and Recommendation (Doc. 12) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Respondent's Motion to Dismiss Petition for Lack of Exhaustion (Doc. 8) is **GRANTED**.

**SO ORDERED**, this  21st  day of July, 2010.

 /s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**